

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CIV-ZLOCH

MAGISTRATE JUDGE
SORRENTINO   CASE NO. _____

SHERIF KODSY,
     Plaintiff pro se

     v.

JAMES MICHEAL STARK, ESQ;
VICTOR TOBIN, JUDGE;
ASSISTANT STATE ATTORNEY,
MULLIGAN
     Defendant (s)

_____/

cat / div B. Broward ("1983")
Case # 0.00cv6454
Judge Zloch  Mag CHS
Morn lfp _____ Fee pd $ 150.00
Receipt # 81949

**ACTION (S):**   A COMPLAINT  UNDER THE CIVIL RIGHT ACT, TITLE 42 U.S.C. 1983

### APPLICATION TO PROCEED IN THIS
### UNITED STATES DISTRICT COURT

    **AND NOW, COMES,** Sherif Kodsy, Plaintiff pro se, and at this time will move
this Honorable Court on the above captioned matter, and further states that he will
pay cost of these proceeding, and Plaintiff pro se already understand that the cost,
fee is $150.00, and payment has been forwarded to this United States District Court,
to the office of the Clerk in the from of a money order.

### IN SUPPORT OF THIS APPLICATION
### PLAINTIFF PRO SE WILL STATE THE FOLLOWING
### WHILE BEING SWORN UNDER OATH

    a). Sherif Kodsy, plaintiff pro se, is confind at,Dade Correctional Institution
North Annex 19000 S. W. 377 Street, Florida  City, Florida 33034-0530

PAGE 1.

**A CIVIL COMPLAINT, 42 U.S.C. 1983**
**RE: KODSY V. STARK, ESQ :**

      b). Sherif Kodsy, plaintiff pro se,Prison   number and correct name is as
follow: Sherif Kodsy,   **D C # 924772**

      c). This information is true and correct to the best of Plaintiffs pro se
knowledge and belife, and being of a sound  mind.

**A F F I D A V I T**

VERIFICATION:

**STATE OF FLORIDA:**
Broward      SS:
~~DADE~~ COUNTY-FLORIDA CITY:

    Sherif Kodsy, being  first duly sworn, under oath, say that he
is the Plaintiff pro se, in this action and know the content of the above complaint,
that it is true and correct of his own knowledge, except as to those matters he
believe to be true and correct, and being sworn under oath. Is hereby subscribed &
sworn to before me this ___3 15____ day of ___MARCh___ 2000

_____
signature of plaintiff pro se

_____
signature of notary public

_____
notary public print name

JOANN GALLO
COMMISSION # CC611141
EXPIRES JAN 01, 2001
BONDED THROUGH
ATLANTIC BONDING CO., INC

page 2 of pabge one

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SHERIF KODSY,                                      CASE NO. _____
        Plaintiff pro se

        v.

JAMES MICHEAL STARK, ESQ;
VICTOR TOBIN, JUDGE;
ASSISTANT STATE ATTORNEY,
MULLIGAN
        Defendant (s)

_____/


**ACTION (S) :**   A COMPLAINT UNDER THE CIVIL RIGHT ACT, TITLE  42 U.S.C. 1983:


I.                          **PREVIOUS LAWSUITS**

    Plaintiff pro se, have no previous lawsuits, concerning ths fact and matters
stated in this lawsuit.

II.                         **PLACE OF CONFINEMENT**

    Sherif Kodsy, Plaintiff pro se is confined at the Dade Correctional Institution,
North Annex 19000 S.W. 377 Street, Florida City, Florida 33034-0530


                            **GRIEVANCE**

    Sherif Kodsy, Plaintiff pro se, did in fact filed an grievance with the Florida
Bar about this matter on or about Feb 8, 2000, but Plaintiff pro se do not have no
faith in the Florida Bar, and besides that Plaintiff pro se seek to file a lawsuit in
this matter any way, because of the seriousness of the case.


III.                  **a). NAME OF PLAINTIFF & ADDRESS**

A CIVIL COMPLAINT, 42 U.S.C. 1983 :
RE: KODSY  V.  STARK, ESQ :


Address           Sherif Kodsy, prison  number
                      DC # 924772
                      Dade Correctional Institution
                      North Annex, 19000 S.W. 377 Street
                      Florida City, Florida 33034-0530

### b). NAMES OF DEFENDANT (S) & ADDRESS

Address           James Michael Stark, esq
                   524 S. Andrews Ave. suite #304N
                   Ft. Lauderdale,  Fla. 33301-2845

Address             Victor Tobin, Judge
                   Broward County Courthouse
                   201 S. E. 6th Street
                   Ft. Lauderdale, Fla.. 33301

Address          Assistant State Attorney Mulligan, esq
                   Broward County Courthouse
                   201 S.E. 6th Street
                   Ft. Lauderdale, ⁻Fla. 33301


IV.                     **STATEMENT OF CLAIM**


    **On or about** May 1996,  Plaintiff pro se, obtained defendant  James Micheal Stark, esq, for legal counsel, in and for Broward county, Ft. Lauderdale, Florida, Plaintiff pro se was charges with a battery case, and because of defendant James Micheal Stark, esq, ineffective representation, and this same ineffective attorney, he knowingly, willingly, and intentionally, plus voluntarily did in fact violated, plaintiff pro se due process of law rights and further defendant, James Micheal Stark, esq. Defendant, James Micheal Stark, esq, also mastered minded plaintiff pro se, out of $ 7, 000 dollars, and he furthered conspired with Judge Victor Tobin, and Assistant State Attorney, Mulligan, esq, against Plaintiff pro se, in this very same case.

    On or about  Feb. 18, 2000, on an appeal in this very same matter, defendant, James Michael Stark, esq, " STOOD UP IN OPEN COURT AND LIED UNDER OATH, AGAINST THE PLAINTIFF, PRO SE, AND STATED TO JUDGE VICTOR TOBIN, THAT PLAINTIFF, PRO SE ADMITTED TO DEFENDANT, JAMES MICHAEL STARK, ESQ., THAT PLAINTIFF PRO SE, DID IN FACT COMMITED THE SAID CHARGE ".

<u>A CIVIL COMPLAINT, 42 U.S.C. 1983</u> :
<u>RE:  KODSY  V.  STARK, ESQ</u> :


        But, it wqas a lie in. The Plaintiff Pro Se, had this ineffective counsel
dismissed from his case after losing trial, August 18,1997. Defendant Stark, Esq.
had told the Plaintiff He knew the Judge, Victor Tobin, they were good friends.
Now Plaintiff, Pro Se, State and Federal Constitutional Rights were violated be-
cause Defendant Stark, Esq., very poorly represented the Plaintiff, Pro Se. He
filed no Motions, Pre-trial Motions on behalf of the Defendant and he did not pro-
perly investigate the case at which the Defendant was charged. And because of his
ineffective assistance of counsel the Plaintiff, Pro Se, was found guilty of a
case in which he was not guilty. Defendant Stark, Esq., also masterminded the
Plaintiff, Pro Se, out of $7,000.00, and plus he refused to call all witnesses
on behalf of Plaintiff, Pro Se. Defendant Stark, Esq., knowingly, willingly, and
intentionally, and voluntarily did, in fact, lie on the Plaintiff, Pro Se, and
He, Defendant Stark, Esq., conspired with Judge Victor Tobin to willingly knowing-
ly and intentionaly and voluntarily to corrupt justice against the Plaintiff, Pro
Se. Also, Defendant Stark, Esq., further conspired with Assistant State's Attorney
Mulligan, Esq. .
        Plaintiff, Pro Se, discovered after he paid $7,000.00 to Defendant Stark, Esq.
for legal assistance that he was also a Public Defender working in the Public Def-
ender's Office in and for the County of Broward, State of Florida. Defendant Stark
Esq., never showed a sincere interest on the behalf to the Plaintiff, Pro Se.
        Plaintiff, Pro Se, is not filing a complaint against the Honorable Victor
Tobin, Circuit Judge, nor Assistant State's Attorney, Mulligan, Esq.. However, the
Plaintiff Pro Se, at this time, is very respectfully requesting legal permission
to bring a law suit in this United States District Court against Both, the Honorable
Victor Tobin, Circuit Court Judge, and Assistant State's Attorney, Mulligan, Esq. .
Plaintiff, Pro Se, has prof, and witnesses, to the facts stated in this claim.



                                <u>RELIEF</u>


        Plaintiff, Pro Se, prays this Honorable United States District Court, to hold
Defendant, James Michael Stark, Esq., liable and responsible for his mis-representa-
tion that demonstrated throughout his representation of the Plaintiff, Pro Se. De-
fendant Stark, Esq., has caused Plaintiff, Pro Se, much stress and mental anguish,
throughout this entire ordeal, and cause him to incure a state of depression that
continues to impair his daily life. Plaintiff, Pro Se, has to take medication for
his depressed condition. Plaintiff, Pro Se, request of this Honorable Court, to
order a complete check up on Plaintiff because of his severe depression again. Be-
cause of what Defendant Stark, Esq., has taken Plaintiff through. Plaintiff, Pro
Se, prays this Honorable United States District Court to order Defendant James
Michael Stark, Esq., to pay Plaintiff, pro se, Ten (10) Million Dollars in Pun-
ative damages, and Order Defendant James Michael Stark, Esq., pay for all legal
representation on the part of Plaintiff, Pro se in this same matter.

        **WHEREFORE,** Plaintiff, Pro Se, prays this Honorable Court to grant the above-
styled Petition.

A CIVIL COMPLAINT, 42 U.S.C. 1983:
RE: KODSY V. STARK, ESQ :


# A F F I D A V I T


VERIFICATION:


STATE OF FLORIDA:
Broward          SS:
~~DADE~~ COUNTY-FLORIDA CITY:


The foregoing instrument was acknowledge before me on this _15_ day of
_MARCh_____, 2000, by _Sherif Kodsy_____, who produced of the Dade
Correctional Institution, North Annex, 19000 S.W. 377 Street, Florida City, Fla.
33034-0530; Inmate Prison Identification Number is DC # _924772_____,
as identification.


_Sherif Kodsy_____
Sherif Kodsy, plaintiff pro se
DC # 924772
Dade Correction Institution
North Annex
19000 S.W. 377 Street
Florida city, Fl. 33034-0530

_JoAnn Gallo_____
NOTARY PUBLIC-STATE OF FLORIDA

_JoAnn Gallo_____
NOTARY PUBLIC-PRINT NAME

JOANN GALLO
COMMISSION # CC611141
EXPIRES JAN 01, 2001
BONDED THROUGH
ATLANTIC BONDING CO., INC.


PAGE 6 OF PAGES 5, 4, 3, 2, and 1.