UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6454-CIV-ZLOCH

SHERIF KODSY,

    Plaintiff,

vs.

JAMES MICHAEL STARK, ESQ., et al.,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

FILED APR 28 2000
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 3), filed herein by United States Magistrate Judge Charlene H. Sorrentino. No Objections to said Report have been filed herein.

The Court has conducted a _de novo_ review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Of Magistrate Judge (DE 3) filed herein by United States Magistrate Judge Charlene H. Sorrentino be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** as to all Defendants on all claims, pursuant to _Heck v. Humphrey_, 512 U.S. 477 (1994), and pursuant to 28 U.S.C.

§ 1915A(b)(1) for failure to state a claim upon which relief may be granted; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of _APRIL_, 2000.

  
  
_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Sherif Kodsy
a/k/a Sherif Kodsky, Pro Se
DC #924772
Dade C.I. North Annex
19000 S.W. 377th Street
Florida City, Florida 33034-0530

2